PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRIAN KEITH FORD, ) | |
| ) | CASE NO. 1:16CV2835 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | **ORDER OF DISMISSAL** |

On November 21, 2016, *pro se* Plaintiff Brian Keith Ford filed a Complaint against the Commissioner of Social Security. The Court referred the case to Magistrate Judge James R. Knepp II for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). On June 23, 2017, the magistrate judge submitted a Report (ECF No. 13) recommending that this case be dismissed for want of prosecution.

Fed. R. Civ. P. 72(b)(2) provides that objections to a Report and Recommendation must be filed within 14 days after service. Objections to the magistrate judge's Report and Recommendation were, therefore, due on July 10, 2017.[1] Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendation. Any further review by this

---

[1] Objections to the Report were due on July 7, 2017. *See* ECF No. 13 at PageID #: 1388. Because *pro se* Plaintiff Brian Keith Ford was served with the Report by mail pursuant to Fed. R. Civ. P. 5(b)(2)(C), he was allowed an additional three (3) days to file an Objection. *See* Fed. R. Civ. P. 6(d).

(1:16CV2835)

Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. This case is dismissed without prejudice.

IT IS SO ORDERED.

| | |
|---|---|
| July 13 , 2017 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |